IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

D.D., individually and on behalf
of a class of all others similarly
situated, et al.,

      Plaintiffs,

v.

WASHINGTON COUNTY, OHIO,
et al.,

      Defendants.

Case No. 2:10-CV-1097
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

## ORDER

This matter is before the Court on Plaintiffs' Notice of Manual Filing of DVD and Request to File Under Seal (Doc. 32), which is unopposed by the Defendants. The DVD presents Plaintiffs' allegations through the interviews of various youth and experts and includes the depiction of minors and references to their medical and mental health. Because minors are depicted in the DVD, Plaintiffs' request to file the DVD under seal is **GRANTED**.

**IT IS SO ORDERED.**

\_\_\_11-17-2011\_\_\_
**DATED**

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE